

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| Central Laborers' Pension Fund, | ) ) ) ) ) | |
| Plaintiff, | ) ) ) | 04 C7644 |
| v. | ) ) ) ) ) ) ) | Judge Ronald A. Guzmán |
| Sirva, Inc., et al., | ) ) ) ) | |
| Defendants. | ) | |

### ORDER GRANTING CENTRAL LABORERS' PENSION FUND'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF ITS SELECTION OF LEAD COUNSEL

Having considered the Motion and Memorandum of Law for Consolidation, Appointment as Lead Plaintiffs and Approval of Lead Counsel ("Motion") of the Central Laborers' Pension Fund, and being advised that the motion filed by Thomas Flood, Thomas Pappalardo, Ralph Sorrentino, Brian Swain, and Peter M. Morton Revocable Trust has been withdrawn; that Central Laborer's pension Fund published notice of the period within which to move for lead plaintiff under this case; and that the previously filed action was not dismissed until after the deadline for seeking appointment as lead plaintiff had expired,

**IT IS ORDERED:**

1. Central Laborers' Pension Fund is appointed lead plaintiff pursuant to Section

1

21D(a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange Act").

2. The law firm of Milberg Weiss Bershad & Schulman LLP is appointed Lead Counsel and the law firm of Miller Faucher and Cafferty LLP is appointed Liaison Counsel.

3. Lead Plaintiff shall file any amended class action complaint not later than sixty (60) days from the entry of this Order and Defendants shall file any motion or answer not later than forty-five (45) days after the service of the Amended Class Action Complaint.

4. A status hearing shall be held July 13, 2005 at 9:30 AM.

Dated: March 29, 2005

**SO ORDERED**  **ENTER:**

*Ronald A. Guzmán*

**RONALD A. GUZMÁN**

**District Judge**